UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP LUSCHEN,<br><br>Defendant. | Case No. 2:16-cr-373-APG-NJK<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>(ECF No. 20) |

Defendant Phillip Luschen moves for early termination of his supervised release. ECF No. 20. Neither the United States nor the Probation Office opposes. ECF No. 21. Based on the factors in 18 U.S.C. § 3583(e) and Probation Monograph 109, good cause supports granting the motion. The interests of justice are served by the early termination of supervised release. Therefore, I will grant the motion.

The defendant's motion for early termination of supervised release **(ECF No. 20) is GRANTED** and he is released from any further conditions of supervision.

DATED this 8th day of November, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE